1  **Biegler Ortiz & Chan**
Robert P. Biegler (CA Bar Assn. No. 88506)
2  1107 Ninth Street, Suite 1025
Sacramento, CA 95814
3  Telephone: (916) 444-3971
Facsimile: (916) 444-3975                          **OK/HAV**
4
Attorney for Plaintiff
5       John Ross

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10
ROSS                                    )   Case No. 2:06-CV-01194-DFL-GGH
11                                      )
        Plaintiff,                      )
12                                      )   **STIPULATION TO CONTINUE**
                                        )   **HEARING FOR MOTION**
13  v.                                  )   **TO DISMISS AND ORDER**
                                        )   **THEREON**
14                                      )
YUBA COMMUNITY COLLEGE                  )   Date:   09/13/06
15  DISTRICT, and DOES 1 THROUGH 100    )   Time:   10:00 am
                                        )   Dept:   7
16      Defendants.                     )
                                        )
17  _____
        Due to Robert P. Biegler's trip to South Dakota for a memorial service, the Motion to
18
Dismiss on August 9, 2006 at 10:00 am, is continued to September 13, 2006 at 10:00 am.
19
        IT IS SO STIPULATED.
20

21  Dated: August 1, 2006                   By: /s/_____
                                                    Robert P. Biegler
22                                          Attorney for Plaintiff

23
                                            By: /s/_____
24                                                  Alesa Schachter
                                            Attorney for Defendants
25

26

27

28

1
2
3   Good cause showing, it is so ordered.
4
5                                          /s/David F. Levi
                                           David F. Levi
6                                          United States District Judge
7
8
...
28